<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-2262**

———————————

GRETA FAISON,

Plaintiff - Appellant,

versus

JOURNAL NEWSPAPERS, INCORPORATED,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-97-155-A)

———————————

Submitted: April 30, 1998          Decided: July 16, 1998

———————————

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Greta Faison, Appellant Pro Se. John Michael Bredehoft, VENABLE, BAETJER & HOWARD, McLean, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to Defendant in this employment discrimination action. We have reviewed the record and the district court's order and find no reversible error. Appellant's claim of retaliatory discharge was properly dismissed because Appellant failed to establish a prima facie case. See Ross v. Communications Satellite Corp., 759 F.2d 355, 365 (4th Cir. 1985). In addition, Appellant's claim that she was terminated because of her race was properly dismissed because she failed demonstrate that Defendant's legitimate, non-discriminatory reason for her dismissal was a mere pretext for discrimination. See Texas Dep't of Community Affairs v. Burdine, 450 U.S. 248, 253 (1981). Accordingly, we affirm. Faison v. Journal Newspapers, Inc., No. CA-97-155-A (E.D. Va. Aug. 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2